*JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESE SENTZ, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EUROMARKET DESIGNS, INC. d/b/a CRATE & BARREL, an Illinois corporation; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. EDCV 13-00487-VAP (SPx)<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>Complaint Filed: February 15, 2013<br>Action Removed: March 15, 2013 |

　　The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds that this action should be dismissed with

Dated: November 12, 2014

　　　　　　　　　　　　　　　　　　*/s/ Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　—————————————————
　　　　　　　　　　　　　　　　　　The Honorable Virginia A. Phillips
　　　       　　　　　　　　　　　　United States District Court Judge

# CERTIFICATE OF SERVICE

    I hereby certify that on November 12, 2014, I electronically filed the foregoing **[PROPOSED] ORDER OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                       */s/Scott J. Ferrell*
                                        Scott J. Ferrell